No. 830. BRADY, ADMINISTRATRIX, *v.* SOUTHERN RAILWAY Co. April 19, 1943. Petition for writ of certiorari to the Supreme Court of North Carolina denied on the ground that it does not appear from the record or from

the papers submitted that the judgment is final. MR. JUSTICE BLACK is of opinion that the judgment is final. *Messrs. Julius C. Smith, Welch Jordan,* and *D. E. Hudgins* for petitioner. *Messrs. Russell M. Robinson* and *S. R. Prince* for respondent.